**Opinion issued November 2, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00766-CV

_____

## IN RE DEREK N. T. MOORE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Derek N. T. Moore, filed a petition for writ of mandamus challenging two trial court orders, including a July 5, 2021 order granting summary judgment in favor of real party in interest, Ana Navarro, and an October 9, 2023 order denying relator's motion for reconsideration of the July 5, 2021 order granting summary

judgment.[1]   Relator requested that the Court direct the trial court to vacate the October 9, 2023 order denying reconsideration which "found that the [July 5, 2021] [s]ummary [j]udgment [o]rder [was a] final judgment," and to further "vacate the [July 5, 2021] [s]ummary [j]udgment [o]rder or otherwise reconsider it on remand."

We deny relator's petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

---

[1]   The underlying case is *Ana Navarro v. Derek N. T. Moore, Cari L. Moore, Tutor Kids Network, Inc., and FunRox, LLC*, Cause No. 2020-26332, in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.